UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO S. RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE N.A., *et al.*,<br><br>    Defendants.<br>_____/ | Case No. 1: 14-cv-00308-LJO-BAM<br><br>**ORDER RE: LENGTH OF PLAINTIFF'S OPPOSITION TO JP MORGAN CHASE N.A.'S MOTION TO DISMISS** |

      Several motions to dismiss Plaintiff's complaint are currently before the Court.  (Doc. 11, 14, 18.)  Plaintiff has filed an opposition to JP Morgan Chase Bank, N.A.'s motion to dismiss.  (Doc. 24.)  The points and authorities of Plaintiff's opposition total forty (40) pages.  *Id.*

      Plaintiff is ADMONISHED that this Court's Standing Order limits "all moving and opposition briefs or legal memorandum in civil cases" to twenty-five (25) pages.[1]  Plaintiff is further ADMONISHED that, although he is a pro se litigant, he is nevertheless required to be knowledgeable of, and comply with, this Court's Local Rules and Standing Orders.  LR 183(a).  "Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules."  *Id.*

IT IS SO ORDERED.

    Dated:  **April 22, 2014**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] *See,* http://www.caed.uscourts.gov/caednew/assets/File/BAM%20procedures.pdf

1