UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HONORIO S. RAMIREZ,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**DEUTSCHE BANK AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-4, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2004-4; JP MORGAN CHASE NA; LONG BEACH MORTGAGE COMPANY; ALAW; FEDERAL DEPOSIT INSURANCE CORPORATION; SELECT PORTFOLIO SERVICING, INC.; AND DOES 1 TO 100,**<br><br>        **Defendants.** | 1:14-cv-308-LJO-BAM<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF ALL DEFENDANTS (DOC. 28)** |

     On May 28, 2014, Honorio S. Ramirez ("Plaintiff") filed a notice of voluntary dismissal of all Defendants under Fed. R. Civ. Pro. 41(a)(2). This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing Defendants Deutsche Bank as Trustee for Long Beach Mortgage Loan Trust 2004-4, Mortgage Loan Pass-Through Certificates Series 2004-4 ("Deutsche Bank"); JP Morgan Chase NA; Long Beach Mortgage Company; ALAW; Federal Deposit Insurance Corporation; and Select Portfolio Services, Inc. (collectively, "Defendants"). Doc. 28 at 2. Defendants Deutsche Bank and Select Portfolio Services, Inc., do not object to Plaintiff's motion. Doc. 29 at 2. The remaining Defendants did not state whether they object to Plaintiff's motion.

     Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this

Court:

    1.     DISMISSES without prejudice this entire action and all claims;

    2.     VACATES all pending matters and dates; and

    3.     DIRECTS the clerk to close this action.

**IT IS SO ORDERED**

**Dated:  June 3, 2014**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**